*Wednesday, January 16, 1998*

## MOTION DOCKET

**97–551. Ross v. Farmers Ins. Group of Cos.**
Montgomery App. No. 15865. This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County. Upon consideration of the motion of *amicus curiae,* Ohio Academy of Trial Lawyers, to participate in argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellants.

**97–567. Cope v. Metro. Life Ins. Co.**
Columbiana App. No. 95CO46. This cause is pending before the court as an appeal from the Court of Appeals for Columbiana County. On January 12, 1998, appellants filed supplemental authority pursuant to S.Ct.Prac.R. IX(7). Whereas appellants' document contained more than the list of citations to additional authorities permitted by S.Ct.Prac.R. IX(7), and therefore is not in compliance with the rule,

IT IS ORDERED by the court, *sua sponte,* that appellants' supplemental authority be, and hereby is, stricken.

**97–2658. Wilkenfeld v. Granville.**
Licking App. No. 97CA42. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for emergency injunctive relief pending appeal,

IT IS ORDERED by the court that the motion for emergency injunctive relief pending appeal be, and hereby is, denied.

Moyer, C.J., and Douglas, J., would grant the motion upon appellant's posting of a $2,500 bond.

Lundberg Stratton, J., would grant a stay upon appellant's posting of a $2,500 bond or maintaining prior bond.

## MISCELLANEOUS DISMISSALS

**97–2159. CP Investments Ltd. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–T–297. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 21, 1998*

## MERIT DOCKET

**97–2227. State ex rel. Alhmouz v. Dyke.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–2249. State ex rel. Rogers v. Wilson.**
In Procedendo. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97–2265. Clough v. State.**
In Quo Warranto. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.